Justin T. Walton, Esq. (IN #29540-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN MOCK,<br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; HAWES FINANCIAL GROUP, INC.; and DOES 1 through 100, inclusive;<br>    Defendants. | CASE NO. 5:15-cv-04613-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

    Plaintiff Brian Mock, ("Plaintiff") by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| | Respectfully submitted, |
| Date: 02/23/16 | /s/ Elliot W. Gale (w/ consent) |
| | Elliot W. Gale, Esq. (263326) |
| | Sagaria Law, P.C. |
| | 2033 Gateway Place, 5th Floor |
| | San Jose, CA 95110 |
| | Telephone: (408) 279-2288 |
| | Fax: (408) 279-2299 |
| | E-Mail: egale@sagarialaw.com |
| | |
| | *Counsel for Plaintiff Brian Mock* |
| | |
| Date: 02/23/16 | /s/ Justin T. Walton |
| | Justin T. Walton, Esq. (IN #29540-49) |
| | (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN 46077 |
| | Telephone: 317-363-2400 |
| | Fax: 317-363-2257 |
| | E-Mail: jwalton@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | Lauren E. Tate, Esq. (CSB #124483) |
| | Tate & Associates |
| | 1321 8th Street, Suite 4 |
| | Berkeley, CA 94710 |
| | Telephone: 510-525-5100 |
| | Fax: 510-525-5130 |
| | E-Mail: ltate@tateandassociates-law.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| | |
| | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2   dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own
3   costs and attorneys' fees.

Date: _____        _____
                                     JUDGE, United States District Court, Northern
                                     District of California

DISTRIBUTION TO:

| Elliot Wayne Gale, Esq.<br>egale@sagarialaw.com | Alyssa Marie Staudinger, Esq.<br>astaudinger@jonesday.com |
|---|---|
| Megan E. Salsbury, Esq.<br>msalsbury@professionalcredit.com | Justin T. Walton, Esq.<br>jwalton@schuckitlaw.com |
| Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com | |