|   |   |
|---|---|
| 1 | SCOTT J. SAGARIA (SBN 217981) |
|   | ELLIOT W. GALE (SBN 263326) |
|   | JOE ANGELO (SBN 268542) |
| 2 | **SAGARIA LAW, P.C**. |
|   | 2033 Gateway Place, 6th Floor |
| 3 | San Jose, CA 95110 |
|   | 408-279-2288 ph: 408-279-2299 fax |
| 4 |   |
|   | Attorneys for Plaintiff |
| 5 |   |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| BRIAN MOCK, | Case No.: 5:15-CV-04613-BLF |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT HAWES FINANCIAL |
| v. |   |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., |   |
| Defendants |   |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Brian Mock and defendant Hawes Financial by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days.

Dated:   November 21, 2016

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1