SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIAN MOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Case No.: 5:15-CV-04613-BLF<br><br>STIPULATION TO DISMISS DEFENDANT HAWES FINANCIAL; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Brian Mock and defendant Hawes Financial, that Hawes Financial be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: December 29, 2016         Sagaria Law, P.C.

                                 By:  _/s/ Elliot W. Gale_
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Brian Mock

DATED: December 29, 2016

                                 By:  _/s/ Hannah Horsfall_
                                         Hannah Horsfall
                                 Attorneys for Defendant
                                 Hawes Financial

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Hannah Horsfall has concurred in this filing.

_/s/ Elliot Gale_

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Hawes Financial is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____          _____
                                 Beth L. Freeman
                                 UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT HAWES FINANCIAL; PROPOSED ORDER - 2